## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 19 2014

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

Vs.
**Aaron Guerra**

Case Number:

C-14-1000 M

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Rogelio VASQUEZ-Zarate**
**Santos Evelio GUERRA**

These material witnesses are citizens of Mexico and Honduras who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

_____
Edwin Lopez Border Patrol Agent
U.S. Border Patrol

SWORN TO AND SUBSCRIBED BEFORE ME this    19 day of September 2014

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby

It is ORDERED this   19   day of September, 2014, that the above material witness this day brought before me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby